Paul HERRMANN, Appellant, v. NEW YORK LIFE INSURANCE CO., a Corporation, Appellee.

No. 6406.

Circuit Court of Appeals, Ninth Circuit.

May 25, 1931.

C. T. Haas and E. B. Seabrook, both of Portland, Or., for appellant.

Huntington, Wilson & Huntington and Clark & Clark, all of Portland, Or., for appellee.

Before WILBUR and SAWTELLE, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

The order of dismissal is affirmed on the authority of Heine v. New York Life Insurance Co. (C. C. A.) 50 F.(2d) 382, this day filed.